**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: VOLKSWAGEN CLEAN DIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL No. 3:15-MD-02672-CRB |
| | §<br>§<br>§<br>§<br>§<br>§ | |
| **This Document Relates to:** | | |
| *Timothy Berenc v. Volkswagen Group of America, Inc.*, Case No. 3:2015-cv-05976 (formerly ILS/3:15-cv-01082) | | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
<u>**WITH PREJUDICE PURSUANT TO RULE 41(a)**</u>

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Timothy Berenc ("Dismissing Plaintiff"), through his counsel, hereby voluntarily withdraws from this action and dismisses with prejudice any claims released in the MDL Consumer Class Action Settlement Agreements and Releases (the "MDL Releases"). Provided, however, Dismissing Plaintiff retains any legal rights against Defendants that the Dismissing Plaintiff retained under the MDL Releases, including without limitation, any claims for wrongful death or personal injury. Claims brought by all other Plaintiffs not previously dismissed are not affected by this dismissal and remain pending.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH
PREJUDICE PURSUANT TO RULE 41(a)                                                    **Page 1**

**RESPECTFULLY SUBMITTED:**

**By:** /s/ Francis J. Flynn, Jr.
**Francis J. "Casey" Flynn, Jr.**
Of Counsel
CAREY, DANIS & LOWE 8235
Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105-1643
Telephone: (314) 725-7700
Facsimile: (314) 721-0905
Email: francisflynn@gmail.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, a copy of the foregoing Notice of Voluntary Dismissal was served electronically through the CM/ECF system for the U.S. District Court, Northern District of California, on all counsel of record registered to receive service through this District's CM/ECF system.

/s/ Francis J. Flynn, Jr.
**FRANCIS J. FLYNN, JR.**